FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
* MARCH 26, 2026 *
BROOKLYN OFFICE

RMU
F. #2025R00399

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JAKHI MCCRAY,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. __26-CR-68__ ( _____ )

Judge Eric N. Vitaliano
Magistrate Judge Seth D. Eichenholtz

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JAKHI MCCRAY's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
          March 26, 2026

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By:   *Rebecca M. Urquiola*
     Rebecca Urquiola
     Assistant United States Attorney
     (718) 254-6049

Cc:    Clerk of the Court
       Samuel Jacobson, Esq.