**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X
UNITED STATES OF AMERICA,

          - against -

Jahki McCray
------------------------------------------------------X
VITALIANO, J.

      **<u>ORDER OF REFERRAL</u>**
      1:26-cr-00068-ENV-SDE-1

     The defendant, Jahki McCray, having applied for permission to enter a plea of guilty, and

having consented to have a United States Seth D. Eichenholtz hear the application, the Court

refers the matter to Seth D. Eichenholtz to administer the allocution pursuant to

F.R. Crim., P, Rule 11, and to make

  (a) a finding as to whether the plea is knowingly and voluntarily made and not coerced, and

  (b) a recommendation as to whether the plea of guilty should be accepted.

    A transcript of the proceedings is to be immediately prepared and forwarded to the

chambers of the undersigned.

                 So Ordered.

                 /s/Eric N. Vitaliano

                _____
                 Eric N. Vitaliano, U.S.D.J.

Dated: Brooklyn, New York
      March 27, 2026

Sentence Date: To be set after Probation Report complete

Should you have any questions or concerns, please contact William Villanueva at 718-613-2135